# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ARCHULETA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | CASE NO. 2:15-CV-04695-SK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing First Amended Complaint, **IT IS ADJUDGED** that this action is hereby dismissed.[1]

DATED: January 11, 2018

HON. STEVE KIM
U.S. MAGISTRATE JUDGE

---

[1] All parties have consented to proceed before a U.S. Magistrate Judge for all proceedings in this case. (ECF Nos. 29, 34). Accordingly, the undersigned U.S. Magistrate Judge may order entry of judgment in this case. *See* 28 U.S.C. § 636(c)(1); *Wilhelm v. Rotman*, 680 F.3d 1113, 1119-21 (9th Cir. 2012).